Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DALECON, INC., and RONALD HENRY STICKNEY,<br><br>Defendants. | Case No.: C07-5192 WHA<br><br>**PROOF OF SERVICE ON SUMMONS** |

///

///

///

///

///

///

///

///

///

PROOF OF SERVICE ON SUMMONS
Case No.: C07-5192 WHA

P:\CLIENTS\OE3CL\Dalecon Inc\Pleadings\Complaint\C07-5192 WHA POS re Summons 110607.DOC

| ATTORNEY NAME                                      | TELEPHONE NO.  |
|---                                                 |---             |
| Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SHORT NAME OF CASE
Operating Engineers Health & Welfare Trust, et al. -v- Dalecon, Inc. et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5192 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name: Dalecon, Inc., a California Corporation**

**Date of Delivery:** 10/29/2007
**Time of Delivery:** 1:00 p.m.

**Place of Service:**   2727 Churn Creek Road, Suite A
                       Redding, CA 96002

**Manner of Service:** Personal Service – by handing documents to Grace Elliot, Secretary, and person authorized to accept service of process for Dalecon, Inc.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31st, 2007 in San Francisco, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Shannon Matajcich
Title: RPS, Shasta #123

**PROOF OF SERVICE**

| ATTORNEY NAME<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | |
|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | |
| COURT<br>**UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust, et al. -v- Dalecon, Inc. et al. | | |

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5192 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons, Complaint, Dispute Resolution Procedures in the Northern District of California, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, Stipulation and [Proposed Order] Selecting ADR Process, Notice of Need for ADR Phone Conference, ADR Certification by Parties and Counsel, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, ECF Registration Information Handout, and Welcome to the United States District Court, San Francisco.

**Name: Ronald Henry Stickney**

**Date of Delivery:** 10/29/2007
**Time of Delivery:** 1:00 p.m.

**Place of Service:**    2727 Churn Creek Road, Suite A
                        Redding, CA 96002

**Manner of Service:** Substituted Service – by handing documents to Grace Elliot, secretary for Ronald Henry Stickney and person authorized to accept service for Ronald Henry Stickney, and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31st, 2007 in San Francisco, CA.

**Theresa's Messenger Service**
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Shannon Matajcich
Title: RPS, Shasta #123

**PROOF OF SERVICE**

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>MICHELE R. STAFFORD (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br><br>ATTORNEY FOR Plaintiffs | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust, et al. -v- Dalecon, Inc. et al. | | | | |
| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5192 WHA |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on October 15th, 2007 and that after due and diligent effort, I have been unable to effect personal service on the within named: **Ronald Henry Stickney.**

**Address: 5249 Old Oregon Trail**
         **Redding, CA 96002**
**Address: 2727 Churn Creek Road, Suite A**
         **Redding, CA 96002**

**Dates and Times Attempted:** 10/23/07 at 4:00 p.m. at 5249 Old Oregon Trail – Unable to locate address.

10/25/07 at 12:05 pm. at 5249 Old Oregon Trail – The location is a business called Axner Excavating. They said that the defendant had moved from this location about 1 ½ years ago.

10/25/07 at 2:52 p.m. at 2727 Churn Creek Road – The defendant is not in per Grace Eliot, secretary.

10/26/07 at 1:00 p.m. at 2727 Churn Creek Road - The defendant is not in per Grace Eliot, secretary. She said she was authorized to accept service for him and I subserved the documents to her.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 31st, 2007
At: Redding, CA
Signature: _____
Name: Shannon Matajcich
Title: RPS, Shasta #123

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**