1 **BOUTIN GIBSON DI GIUSTO HODELL INC.**
Robert D. Swanson SBN 162816
2 Matthew Kubicek SBN 227378
555 Capitol Mall, Suite 1500
3 Sacramento, CA 95814-4603
Telephone: (916) 321-4444
4 Facsimile: (916) 441-7597

5 Attorneys for Defendants Dalecon, Inc.
and Ronald Henry Stickney

6
**UNITED STATES DISTRICT COURT**

7
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; AND HEAVY AND HIGHWAY COMMITTEE,<br><br>                    Plaintiff,<br>     vs.<br><br>DALECON, INC., a California Corporation, and RONALD HENRY STICKNEY, an Individual,<br><br>                    Defendants. | Case No.: C075192<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Date Action Filed: October 10, 2007<br>Trial Date: Not Yet Set |

-1-

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

123575.1

Plaintiffs and Defendants agree to extend by two (2) weeks the time for Defendants to respond to the Complaint. The response will now be due on November 29, 2007.

Dated: November 14, 2007         SALTZMAN & JOHNSON LAW CORPORATION

By:   /s/ Michele R. Stafford
       Michele R. Stafford
       Attorneys for Plaintiffs

Dated: November 14, 2007         BOUTIN GIBSON DI GIUSTO HODELL INC.

By:   /s/ Robert D. Swanson
       Robert D. Swanson
       Attorneys for Defendants Dalecon, Inc.
       and Ronald Henry Stickney

-2-

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

123575.1