1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 GIL CROSTHWAITE, RUSS BURNS, in their       Case No.:  C 07-5192 WHA
   respective capacities as Trustees of the
12 OPERATING ENGNEERS HEALTH AND               **JOINT REQUEST FOR CONTINUANCE**
   WELFARE TRUST FUND FOR NORTHERN             **OF CASE MANAGEMENT**
13 CALIFORNIA; PENSION TRUST FUND FOR          **CONFERENCE**
   OPERATING ENGINEERS; PENSIONED
14 OPERATING ENGINEERS HEALTH AND              Date:  January 17, 2008
   WELFARE FUND; OPERATING
15 ENGINEERS AND PARTICIPATING                 Time:  11:00 a.m.
   EMPLOYERS PRE-APPRENTICESHIP,
16 APPRENTICE AND JOURNEYMEN                    Location:  450 Golden Gate Ave.
   AFFIRMATIVE ACTION TRAINING FUND;                      San Francisco, CA 94102
17 OPERATING ENGINEERS VACATION AND
   HOLIDAY PLAN; OPERATING ENGINEERS           Courtroom:  9, 19th Floor
18 CONTRACT ADMINISTRATION TRUST
   FUND; OPERATING ENGINEERS MARKET            Judge:  The Honorable William Alsup
19 PRESERVATION TRUST FUND;
   OPERATING ENGINEERS INDUSTRY
20 STABILIZATION TRUST FUND; BUSINESS
   DEVELOPMENT TRUST FUND; AND
21 HEAVY AND HIGHWAY COMMITTEE,

22        Plaintiffs,

23 v.

24 DALECON, INC., a California Corporation,
   and RONALD HENRY STICKNEY, an
25 Individual,

26        Defendants.

27

28                                    1

P:\CLIENTS\OE3CL\Dalecon Inc\Pleadings\C07-5192 WHA Request for Continuance of CMC 010808.DOC

Plaintiffs hereby request continuance of the Case Management Conference currently set for January 17, 2008, at 11:00 a.m. before the Honorable William Alsup.

1.     Plaintiffs have provided defendants with a detailed accounting of all amounts due. Both parties have discussed the matter and are hopeful that it may be resolved.

2.     Counsel for defendants has indicated a conflict with the currently scheduled conference. We agreed that I would file this request on both parties' behalf.

3.     In an effort to avoid a dramatic increase in fees and costs, both parties request that the Case Management Conference and related deadlines be extended for approximately 60 days.

Dated: January 8, 2008                          SALTZMAN & JOHNSON
                                                LAW CORPORATION


                                    By:     _____/s/_____
                                            Michele R. Stafford, Esq.
                                            Attorneys for Plaintiffs


IT IS SO ORDERED:

The currently set case management conference and all related deadlines are continued

for _____ days. The case management conference will be set for _____ at _____.

Date: _____          _____
                                     United States District Court Judge

2

**REQUEST FOR CONTINUANCE OF CMC**
**Case No.:C07-5192 WHA**

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On July 23, 2007, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF
CASE MANGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Robert Daniel Swanson, Esquire
Boutin Dentino Gibson Di Giusto Hodell, Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of January, 2008, at San Francisco, California.


_____/s/_____
Andrea Gonzalez

3

**REQUEST FOR CONTINUANCE OF CMC
Case No.:C07-5192 WHA**

P:\CLIENTS\OE3CL\Dalecon Inc\Pleadings\C07-5192 WHA Request for Continuance of CMC 010808.DOC