United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DALECON INC., a California Corporation, and RONALD HENRY STICKNEY, an individual,<br><br>Defendants. | No. C 07-05192 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** plaintiffs' request (and also of defendants') to continue the case management conference for sixty days in the hopes that this case "may be resolved" in that period. The Court will, however, **CONTINUE** the case management conference for one week to **JANUARY 24, 2008, AT 11:00 A.M.** due to defendants' calendar conflict.

**IT IS SO ORDERED.**

Dated: January 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE