Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
Telephone (415) 882-7900
Facsimile (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Robert D. Swanson, Esq. (SBN 162816)
BOUTIN GIBSON DI GUISTO HODELL, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone (916) 321-4444
Facsimile (916) 441-7597

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>　　　　Plaintiffs,<br>v.<br><br>DALECON, INC., a California Corporation and RONALD HENRY STICKNEY, an individual,<br><br>　　　　Defendants. | Case No.:  C 07-05192 WHA<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br><br>DATE:  January 24, 2008<br>TIME:   11:00 a.m.<br>JUDGE: The Honorable William Alsup |

The parties to the above-entitled action jointly submit this Case Management Statement:

1.  **Jurisdiction and Service**:  There are no known issues regarding Jurisdiction, nor any additional parties to be named or served.  Defendants dispute that venue is proper in this district.

///

2.  **Facts:** Defendant, Dalecon, Inc. is a signatory to a Collective Bargaining Agreement requiring that certain contributions be made for each hour worked by its employees. Plaintiffs contend that defendants had become delinquent in contributions owed to the Trust Fund plaintiffs. Additionally, an audit was performed to confirm proper reporting and / or payment to the Trust Funds for the period from 2003 – 2005, which, plaintiffs contend, revealed additional amounts due. Plaintiffs also contend that defendant Ronald Stickney is a guarantor of plaintiffs' claims, and that liquidated damages, interest, attorney fees and costs (including audit costs) are also owed to plaintiffs pursuant to the terms of the Agreement. Defendants dispute these contentions.

3.  **Legal Issues:** It does not appear at this point that there are disputed points of law, except to the extent that the issue of whether Ronald Stickney is a guarantor of plaintiffs' claims involves legal (in addition to factual) issues.

4.  **Motions:** Plaintiffs will file a Motion for Summary Judgment in the event that this matter does not resolve informally or by mediation. Defendants may file a motion to transfer venue and a motion for summary judgment as to the claim against Ronald Stickney personally.

5.  **Amendment of Pleadings:** No amendments are anticipated.

6.  **Evidence Preservation:** Not applicable.

7.  **Disclosures:** The parties have made their initial Rule 26 disclosures. Additionally, plaintiffs already provided a copy of the audit report and the total amount due. The majority of the other documents that support plaintiffs' claims are already in defendant's possession---the Collective Bargaining Agreement, and the Contribution Reports submitted by defendant. The parties' disclosures are attached hereto.

8.  **Discovery:** No formal discovery has occurred to date. The parties do not propose any limitations or modifications of the discovery rules.

9. **Class Actions:** This is not a class action.

10. **Related Cases**: There are no related cases.

11. **Relief:** As of today's date, a total of $259,969.90 is claimed due by plaintiffs, plus all attorney's fees and costs (including auditor's costs) incurred to date and continuing to accrue.

12. **Settlement and ADR:** The parties are both agreeable to mediation. The parties have agreed to mediation pursuant to ADR L.R. 6. Plaintiffs have requested that defendants provide information regarding their opposition to the amounts claimed due (none has been provided to date), as well as documentation in support of their claims in the event that the amount claimed due is contested. Nothing has been provided to date, nor a response to plaintiffs' claim. Defendant Dalecon notes that it is still reviewing and analyzing plaintiffs' voluminous audit and intends to provide a substantive response including disputed amounts.

13. **Consent to Magistrate:** The parties do not consent.

14. **Other References:** Not applicable

15. **Narrowing of Issues:** To date, in plaintiffs' view, there are no known disputes as to the amount owed, a large portion of the amounts due are based on reports submitted by defendant. Plaintiffs assert that the additional amounts due were found via audit and are owed pursuant to the terms of the Trust Agreements and Collective Bargaining Agreement as well as the mandates of ERISA. As set forth above, defendant Dalecon is reviewing plaintiffs' audit. Defendant anticipates that upon completion of this review issues may be able to be narrowed to disputes as to amounts claimed due for specific discrete time-periods and classifications.

16. **Expedited Schedule:** The parties are not of the view that this case can be handled on an expedited basis.

17. **Scheduling:** The parties propose the following schedule:

///

| | | |
|---|---|---|
| 1 | Designation of experts: | June 6, 2008 |
| 2 | Designation of rebuttal experts: | July 7, 2008 |
| 3 | Completion of discovery: | August 8, 2008 |
| 4 | Dispositive motions: | September 12, 2008 |
| 5 | Final Pretrial Conference: | November 7, 2008 |
| 6 | Trial: | January 19, 2009 |

18. **Trial:** This is expected to be a 3 – 5 day bench trial.

19. **Disclosure of non-party entities or persons:** Plaintiffs do not know of any other parties that may have an interest in this litigation. Defendants do not know of any other parties who have an interest in this litigation

20. **Other:** There are no other matters that may affect disposition of this action.

Respectfully submitted,

Dated: January 16, 2008          SALTZMAN & JOHNSON LAW CORPORATION


_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs


Dated: January 16, 2008          BOUTIN GIBSON DI GUISTO HODELL, INC


_____/s/_____
Robert Swanson
Attorneys for Defendants

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**CASE NO.: C07-5192 WHA**