**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 24, 2008</u>

Case No.  <u>C 07-05192 WHA</u>

Title: <u>GIL CROSTHWAITE</u> v. <u>DALECON, INC</u>

Plaintiff Attorneys: Muriel Kaplan

Defense Attorneys: Robert Swanson

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Lydia Zinn</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                                </u>

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 9/19/08

Designation of Experts: 9/19/08

Last Day to File Motion: 11/6/08


Continued to <u>  </u> for Further Case Management Conference

Continued to  <u>**1/12//09 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**1/26/09 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.