1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        (SAN FRANCISCO DIVISION)
11

12 | GIL CROSTHWAITE, RUSS BURNS, in their       | Case No.: C07-5192 WHA
   | respective capacities as Trustees of the
13 | OPERATING ENGNEERS HEALTH AND                | **NOTICE OF CHANGE OF ADDRESS**
   | WELFARE TRUST FUND FOR NORTHERN
14 | CALIFORNIA, et al.,

15 |         Plaintiffs,

16 | v.

17 | DALECON, INC., and RONALD HENRY
   | STICKNEY,
18
   |         Defendants.
19

20        NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

21 Johnson Law Corporation, will relocate its office. The new address to which copies of all

22 pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

23
              Saltzman & Johnson Law Corporation
24            **44 Montgomery Street, Suite 2110**
              **San Francisco, California 94104**
25            Tel: 415-882-7900
              Fax: 415-882-9287
26

27

28
                                                                   -1-
                                              **NOTICE OF CHANGE OF ADDRESS**
                                              **Case No.: C07-5192 WHA**

1 | Please note that the telephone and facsimile numbers have not changed.

2 | Dated: April 24, 2008                     SALTZMAN & JOHNSON LAW COPORATION

3

4 |                                          _____/s/_____
                                             Muriel B. Kaplan
5 |                                          Attorneys for Plaintiff

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 24, 2008, I served the following documents:

**NOTICE OF CHANGE OF ADDRESS**

on the interested parties in said action by facsimile transmittal and by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Robert D. Swanson, Esq.**
**BOUTIN DENTINO GIBSON DI GIUSTO HODELL, INC.**
**555 Capitol Mall, Suite 1500**
**Sacramento, CA  95814**
**Fax: 1-916-441-7597**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of April 2008, at San Francisco, California.

_____/s/_____
Diana Sage

-3-
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-5192 WHA**