United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Crosthwaite,

     Plaintiff(s),

     v.

Dalecon, Inc.,

     Defendant(s).

No. C 07-05192 WHA MED

**Certification of ADR Session**

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _4/9/08_

2.  Did the case settle?  ☐ fully  ☐ partially  ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _likely in Mid-May_

    ☒ phone discussions expected by (date) _Ongoing_

    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**  ☐ **YES**  ☒ **NO**

Dated: _4/20/08_

**Mediator, Katherine Ritchey**
Jones Day
555 California St., 26th Fl.
San Francisco, CA 94104

Certification of ADR Session
07-05192 WHA MED