Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone (415) 882-7900
Facsimile (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Robert D. Swanson, Esq. (SBN 162816)
BOUTIN GIBSON DI GUISTO HODELL, INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone (916) 321-4444
Facsimile (916) 441-7597

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>    Plaintiffs,<br>v.<br><br>DALECON, INC., a California Corporation and RONALD HENRY STICKNEY, an individual,<br><br>    Defendants. | Case No.: C07-5192 WHA<br><br>**JOINT REQUEST TO CONTINUE**<br><br><br>JUDGE: The Honorable William Alsup |

The parties to the above-entitled action jointly submit this Request to Continue:

1.    On Wednesday, April 9, 2008, the parties participated in a mediation with Katherine Richey through the Court's mediation program. During the Mediation, certain documents were exchanged and although progress toward a potential resolution was made it became apparent that the parties would have to undertake additional work to address issues and

questions raised through the mediation. During the Mediation the parties agreed to exchange additional documents, try to work informally and schedule another mediation as soon as practicable .

2. The parties subsequently exchanged information, and have set informal meetings to try to work through the remaining issues. The parties have also set August 4, 2008 as a second mediation date in the event that this matter is not resolved before that time.

3. As the parties are working toward resolution, it is requested that the Court continue the set dates and deadlines so that pretrial work and discovery is not due during negotiations. The parties are attempting to keep fees and costs at a minimum.

4. The following dates are those that the parties wish to continue:

| | |
|---|---|
| Current Discovery Cut Off: | September 19, 2008 |
| **Requested new date**: | December 19, 2008 |
| | |
| Current Expert Designation deadline: | September 19, 2008 |
| **Requested new date**: | December 19, 2008 |
| | |
| Current Deadline for Dispositive Motions: | November 6, 2008 |
| **Requested new date**: | February 6, 2009 |
| | |
| Current Pretrial Conference: | January 12, 2009 |
| **Requested new date:** | April 13, 2009 |
| | |
| Current trial date: | January 26, 2009 |
| **Requested new date**: | April 27, 2009 |

Respectfully submitted,

Dated: July 7, 2008                SALTZMAN & JOHNSON LAW CORPORATION

_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

Dated: July 7, 2008                BOUTIN GIBSON DI GUISTO HODELL, INC

_____/s/_____
Robert Swanson
Attorneys for Defendants

**JOINT REQUEST TO CONTINUE**
**CASE NO. C07-5192 WHA**

**IT IS SO ORDERED:**

Pursuant to the request of the parties, and GOOD CAUSE appearing, the following dates are hereby continued as follows:

<u>Current</u> Discovery Cut Off:          September 19, 2008
**New date**:                              _____

<u>Current</u> Expert Designation deadline: September 19, 2008
**New date**:                              _____

<u>Current</u> Deadline for Dispositive Motions: November 6, 2008
**New date**:                              _____

<u>Current</u> Pretrial Conference:        January 12, 2009
**New date**:                              _____

<u>Current</u> trial date:                 January 26, 2009
**New date**:                              _____

Date:                                      _____
                                           THE HONORABLE WILLIAM H. ALSUP
                                           UNITED STATES DISTRICT COURT JUDGE