United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION RAINING FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND, OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, BUSINESS DEVELOPMENT TRUST FUND, AND HEAVY AND HIGHWAY COMMITTEE,<br><br>        Plaintiffs,<br><br>  v.<br><br>DALECON INC., a California Corporation, and RONALD HENRY STICKNEY, an individual,<br><br>        Defendants.<br>_____/ | No. C 07-05192 WHA<br><br>**ORDER DENYING JOINT REQUEST TO CONTINUE** |

The Court has received the parties' joint request to continue the set dates and deadlines

by about three months. They are currently participating in mediation and say that they need

more time to undertake additional work as they progress towards a potential resolution. Because it is the Court's experience that these negotiations often crater, the request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2