**FILED**

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Crosthwaite, | No. C 07-05192 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Dalecon, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __8/4/08__

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __8/7/08__                        _____
                                         Mediator, Katherine Ritchey
                                         Jones Day
                                         555 California St., 26th Fl.
                                         San Francisco, CA 94104

**Certification of ADR Session**
07-05192 WHA MED

United States District Court
Northern District of California