Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>DALECON, INC., a California Corporation and RONALD HENRY STICKNEY, an individual,<br><br>　　　　Defendants. | Case No.: C07-5192 WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendants DALECON, INC., and RONALD HENRY STICKNEY. Defendants have entered into a payment plan for all amounts claimed by plaintiffs, and plaintiffs have not previously filed or dismissed any similar action against defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter for one year.

///

|   |   |
|---|---|
| 1 | I declare under penalty of perjury that I am the attorney for the plaintiffs in the above |
| 2 | entitled action, and that the foregoing is true of my own knowledge. |
| 3 | Executed this 16th day of October, 2008, at San Francisco, California. |

Executed this 16th day of October, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/s/_____
　　Michele R. Stafford
　　Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter~~.~~ for one year.

Date: October 20, 2008
_____

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup (signed)]*

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

The proposed order is approved as modified. The Court shall retain jurisdiction over this matter for one year only.

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C07-5192 WHA

P:\CLIENTS\OE3CL\Dalecon Inc\Pleadings\C07-5192 WHA Notice of Voluntary Dismissal 101508.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 17, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Robert D. Swanson, Esq.**
> **Boutin Gibson DiGuisto Hodell, Inc.**
> **555 Capitol Mall, Suite 1500**
> **Sacramento, California 95814**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of October, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega