IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION RAINING FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND, OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, BUSINESS DEVELOPMENT TRUST FUND, AND HEAVY AND HIGHWAY COMMITTEE,<br><br>    Plaintiffs,<br><br>  v.<br><br>DALECON INC., a California Corporation, and RONALD HENRY STICKNEY, an individual,<br><br>    Defendants.<br>_____/ | No. C 07-05192 WHA<br><br>**ORDER RE REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT AND FOR WRIT OF EXECUTION** |

Plaintiffs' counsel filed a request for entry of judgment pursuant to the settlement agreement and a request for a writ of execution. Paragraph 6 of the settlement agreement filed

by plaintiffs states that, in the event of default, if defendants fail to cure the default within ten days of the provision of notice thereof to defendants (and counsel), plaintiffs shall file the agreement with the Court for the purpose of having judgment entered in their favor, and a writ of execution may be obtained without further notice.

Plaintiffs' counsel indicates that defendants failed to make payments due under the settlement agreement; that plaintiffs sent notice to defense counsel of the default, as required by the agreement, and the default was not cured within ten days as required; and that, under the agreement, plaintiffs are therefore entitled to judgment in their favor for the balance due (in addition to costs, fees and interest) and a writ of execution. Defendants are **ORDERED** to respond by **MONDAY, MARCH 2, 2009**, and show cause why judgment should not be entered in plaintiff's favor and a writ of execution should not issue in the manner described by plaintiff's request and declaration. If defendants fail to respond by this deadline, the Court will enter judgment and issue a writ of execution pursuant to the settlement agreement filed by plaintiffs.

**IT IS SO ORDERED.**

Dated: February 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE